IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:     David Lovern Roberts                                        Chapter 13
           Susan Brewer Roberts                                        Case No. 19-11317
           Debtor(s)

### Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will not pay less than ____% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☐ Raise payments/extend plan as follows: _____

☐ Change valuation(s) as follows: _____

☒ Allow/Modify/Disallow claims as follows: First Fidelity Bank's claim shall be secured at 12,305.00 at 7% interest. $200 MMP and APP of $100.

☐ Other: _____

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This 16 day of December, 2019.

If applicable:

_____                   Chapter 13 Trustee/Attorney for
Debtor                                    Huon Le, ~~Cortney Hunt, Jane Miller~~ Fred Carpenter

Susan B Roberts                           _____
Debtor                                    Creditor's Counsel  Nath Huff for First Fidelity

_____                   _____
Debtor's(s') Counsel                      Creditor's Counsel
Josh Sp...

                                          _____
                                          Creditor's Counsel

Revised 12/1/2017                                                      Form 2017-4-A

80